# SUPREME COURT OF PENNSYLVANIA

126 A.3d 1281–1286

| | | | |
|---|---|---|---|
| Begley v. Rhoads & Sinon LLP ....... | 10/29/2015 | Denied | Pa.Super., |
| | 467 MAL (2015) | | 120 A.3d 1049 |
| Boback v. Ross ..... | 10/30/2015 | Denied | Pa.Super., |
| | 175 WAL (2015) | | 114 A.3d 1042 |
| Boehm v. Riversource Life Ins. Co. ............. | 12/01/2015 | Denied | Pa.Super., |
| | 239 WAL (2015) | | 117 A.3d 308 |
| C.L.A., In re Interest of ............... | 10/22/2015 | Denied | Pa.Super., |
| | 366 MAL (2015) | | 120 A.3d 1053 |
| Cigna Corp. v. Executive Risk Indem., Inc.............. | 10/13/2015 | Denied | Pa.Super., |
| | 111 EAL (2015) | | 111 A.3d 204 |
| Com. v. Adams ..... | 11/16/2015 | Denied | Pa.Super., |
| | 361 WAL (2015) | | 125 A.3d 454 |
| Com. v. Alwan ..... | 10/22/2015 | Denied | Pa.Super., |
| | 291 EAL (2015) | | 113 A.3d 353 |
| Com. v. Arnold ..... | 10/29/2015 | Denied | Pa.Super., |
| | 247 MAL (2015) | | 120 A.3d 1043 |
| Com. v. Bailey ..... | 10/22/2015 | Denied | Pa.Super., |
| | 178 WAL (2015) | | 121 A.3d 1132 |